IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           ) | |
|                             ) | |
|             **Plaintiff,**     ) | |
|                             )   | **8:07CR272** |
|         vs.                 ) | |
|                             )   | **ORDER** |
| **RONALD BARTH,**               ) | |
|                             ) | |
|             **Defendant.**      ) | |

Defendant Ronald Barth appeared before the court on Friday, October 9, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [36].  The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Michael P. Norris.  Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  The government moved for detention. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Judge Smith Camp.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before  Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 13, 2009 at 2:30 p.m.**  Defendant must be present in person.

2       The defendant, Ronald Barth, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 9th day of October, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge